GAM 35　　　　　　**Report and Order Terminating Supervised Release**
(Rev. 2/06)　　　　　　**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 5:15-CR-00007-001 (LAG) |
| **DAVID HODGES** | |

David Hodges has substantially complied with the rules and regulations of supervised release. As he was sentenced as a career offender, his case does not meet the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts. However, based on his compliance under supervision, his case does meet the Chief U.S. Probation Officer's post-conviction supervision policy exception guidance. The probation office opines Hodges is no longer in need of supervision. Therefore, it is recommended his supervised release be terminated early.

Respectfully submitted,

*Amanda G. Reed*

Amanda G. Reed
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___12th___ day of ___March___, 2024.

LESLIE ABRAMS GARDNER
U.S. DISTRICT JUDGE